IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL CURTIS LOBATO,

    Plaintiff,

v.                                            Civ. No. 14-753 WJ/GBW

JOHNA GONZALES,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on review of the record. Plaintiff filed a complaint alleging violations of his rights under the United States Constitution pursuant to 42 U.S.C. § 1983. *Doc. 1.* Defendant Johna Gonzalez filed a *Martinez* report and Motion for Summary Judgment on July 3, 2015. *Docs. 30, 31.*

The Magistrate Judge filed a Proposed Findings and Recommended Disposition (PFRD) on December 16, 2015, recommending that Defendant's Motion for Summary Judgment be granted. *Doc. 33.* Plaintiff has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 33*) is ADOPTED. Defendant's Motion

1

for Summary Judgment (*doc. 31*) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE